IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT ALLEN WINGETT,

    Petitioner,

v.

MARK NOOTH,

    Respondent.

Case No. 2:16-cv-01074-JR

**OPINION AND ORDER**

**MCSHANE, Judge**:

Magistrate Judge Jolie A. Russo filed a Findings and Recommendation ("F&R"), ECF No. 23, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although Petitioner did not file objections, I have reviewed the legal principles *de novo*. *See United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Russo's F&R is adopted in full.

IT IS SO ORDERED.

DATED this 27th day of November, 2017.

        /s/ Michael McShane_____
        Michael J. McShane
        United States District Judge